# United States Court of Appeals for the Fifth Circuit

_____

No. 25-60512
Summary Calendar

_____

United States Court of Appeals
Fifth Circuit

**FILED**

June 1, 2026

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

QUINNARDO GATES,

*Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Northern District of Mississippi
USDC No. 3:19-CR-137-1

_____

Before JONES, DUNCAN, and DOUGLAS, *Circuit Judges*.

PER CURIAM:[*]

Quinnardo Gates appeals his 24-month, within-guidelines sentence imposed following the revocation of his supervised release. He argues for the first time on appeal that the district court plainly erred in imposing a sentence without providing an adequate explanation. Gates cannot show that the district court plainly erred in explaining its sentence. *See Rita v. United*

_____

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 25-60512

*States*, 551 U.S. 338, 356 (2007); *United States v. Coto-Mendoza*, 986 F.3d 583, 586-87 (5th Cir. 2021).

Accordingly, the judgment of the district court is AFFIRMED.